THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APPISTRY, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:15-cv-01416-RAJ<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO REASSIGN CASE TO CHIEF JUDGE MARSHA J. PECHMAN**<br><br>NOTING DATE: October 2, 2015 |

Plaintiff Appistry, Inc. responds to Defendants' Motion to Reassign This Case to Chief Judge Marsha J. Pechman (Doc. No. 24) as follows.

The statements recited in Defendants' Motion require two important clarifications. Appistry does not dispute that this is a related case and the patents in this case are related to the two patents in *Appistry, Inc. v. Amazon.com, Inc., et al.*, Case No. 2:15-cv-00311-MJP (W.D. Wash.). However, contrary to Defendants' assertion, there are substantial differences in the facts that the Court considered in the prior case when ruling on Defendants' Motion for Judgment on the Pleadings. First, the complaint in the instant case includes numerous additional factual statements which must be taken as true for the purposes of any Rule 12 motion contemplated by Amazon, including statements regarding the two patents-in-suit by an expert. Second, the presently asserted patents-in-suit contain claims that, while directed to similar subject matter, recite different and/or additional elements than the previously asserted patents, thus requiring a different analysis than that in the prior case.

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO
REASSIGN CASE TO CHIEF JUDGE MARSHA J. PECHMAN - 1
2:15-CV-01416-RAJ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

1    Appistry believes either Judge Jones or Chief Judge Pechman is acceptable.

2    DATED: September 16, 2015                    Respectfully submitted,

3                                                 **LANE POWELL PC**

4
                                                  By: /s/ *Brian G. Bodine*
5                                                 Brian G. Bodine, WSBA No. 22414
                                                  bodineb@lanepowell.com
6                                                 Adriane M. Scola, WSBA No. 44478
                                                  scolaa@lanepowell.com
7                                                 1420 Fifth Avenue, Suite 4200
                                                  P.O. Box 91302
8                                                 Seattle, Washington 98111-9402
                                                  Telephone: 206.223.7000
9                                                 Facsimile: 206.223.7107

10                                                **THE SIMON LAW FIRM, PC**

11                                                Anthony G. Simon, #38745 MO
                                                  asimon@simonlawpc.com
12                                                John G. Simon, #35231 MO
                                                  jsimon@simonlawpc.com
13                                                Benjamin R. Askew, #58933 MO
                                                  baskew@simonlawpc.com
14                                                Timothy D. Krieger, #57832 MO
                                                  tkrieger@simonlawpc.com
15                                                Michael P. Kella, #64284 MO
                                                  mkella@simonalwpc.com
16                                                800 Market Street, Suite 1700
                                                  St. Louis, Missouri 63101
17                                                Telephone:  314.241.2929
                                                  Facsimile:  314.241.2029
18
                                                  **HAAR & WOODS, LLP**
19
                                                  Robert T. Haar, #30044 MO
20                                                roberthaar@haar-woods.com
                                                  Colleen O. Zern, #66349 MO
21                                                czern@haar-woods.com
                                                  1010 Market St., Suite 1620
22                                                St. Louis, Missouri 63101
                                                  Telephone:  314.241.2224
23                                                Facsimile:  314.241.2227

24                                                ***ATTORNEYS FOR PLAINTIFF***
                                                  ***APPISTRY, INC.***
25

26

27

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO
REASSIGN CASE TO CHIEF JUDGE MARSHA J. PECHMAN - 2
2:15-CV-01416-RAJ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of September, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| STOEL RIVES LLP | FISCH SIGLER, LLP |
| Brian C. Park | Alan M. Fisch |
| BCPark@stoel.com | Alan.Fisch@fischllp.com |
| James W. Edison | David M. Saunders |
| jwedison@stoel.com | David.saunders@fischllp.com |
| Vanessa Soriano Power | Jeffrey M. Saltman |
| Vannessa.power@stoel.com | Jeffrey.Saltman@fischllp.com |
| 600 University St., Ste. 3600 | Jennifer K. Robinson |
| Seattle, WA 98101-3197 | Jennifer.robinson@fischllp.com |
| | R. William Sigler |
| | Bill.Sigler@fischllp.com |
| | 5335 Wisconsin Avenue, NW, Eighth Floor |
| | Washington, DC 20015 |

Executed on the 16th day of September, 2015, at Seattle, Washington.

/s/ *Jackie Brown*
Jackie Brown

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO
REASSIGN CASE TO CHIEF JUDGE MARSHA J. PECHMAN - 3
2:15-CV-01416-RAJ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107