THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APPISTRY, INC., | Civil Action No. 2:15 -CV-1416-RAJ |
| Plaintiff, | **STIPULATED MOTION TO RENOTE DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC., | Note for Motion: November 5, 2015 |
| Defendants. | |

Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon") and Plaintiff Appistry, Inc., respectfully submit this Stipulated Motion to Renote Amazon's Motion to Dismiss (Dkt. No. 36) for consideration on November 13, 2015.

1. The current noting date of Amazon's Motion to Dismiss is November 6, 2015.

2. Amazon's Reply in support of that motion is due on November 6, 2015.

3. Amazon sought, and Appistry consented to, a one-week extension of time for Amazon to file its Reply.

This motion is not brought for purposes of delay, and no party will be prejudiced by this motion. Appistry stipulates to the requested extension. The requested extension does not affect

STIPULATED MOTION TO RENOTE DEFENDANTS' MOTION
TO DISMISS (NO. 2:15 -CV-1416-RAJ)

**STOEL RIVES LLP**
600 University Street, Ste. 3600
Seattle, Washington  98101
(206) 386-7542

1 | any other date or deadline. Amazon requests that the Court grant this Stipulated Motion. A
2 | proposed order is presented herewith.

## ORDER

THIS MATTER comes before the Court on the parties' Stipulated Motion to Renote Amazon's Motion to Dismiss for consideration on November 13, 2015. Having considered the motion, the Court finds and ORDERS as follows:

(1)     The Stipulated Motion is GRANTED.

(2)     The Clerk is directed to renote Defendants' Motion to Dismiss (Dkt. No. 36) for November 13, 2015.

DATED this ___ day of _____, 2015.

_____
HONORABLE RICHARD A. JONES
United States District Court Judge

STIPULATED MOTION TO RENOTE DEFENDANTS' MOTION
TO DISMISS (NO. 2:15 -CV-1416-RAJ) - 2

**STOEL RIVES LLP**
600 University Street, Ste. 3600
Seattle, Washington  98101
(206) 386-7542

Presented by:

FISCH SIGLER LLP

/s/ R. William Sigler
Alan M. Fisch (*pro hac vice*)
R. William Sigler (*pro hac vice*)
Jeffrey M. Saltman (*pro hac vice*)
Jennifer K. Robinson (*pro hac vice*)
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
Telephone: (202) 362-3500
alan.fisch@fischllp.com
bill.sigler@fischllp.com
jeffrey.saltman@fischllp.com
jennifer.robinson@fischllp.com

David M. Saunders (*pro hac vice*)
96 North Third Street
Suite 260
San Jose, CA 95112
Telephone: (650) 362-8200
david.saunders@fischllp.com

STOEL RIVES LLP

/s/ Vanessa S. Power
Brian C. Park, WSBA No. 25584
Vanessa S. Power, WSBA No. 30777
600 University Street, Suite 3600
Seattle, WA  98101
Telephone: (206) 386-7542
Facsimile:  (206) 386-7500
bcpark@stoel.com
jweidson@stoel.com
vanessa.power@stoel.com

Counsel for Defendants
AMAZON.COM, INC. AND
AMAZON WEB SERVICES, INC.

STIPULATED MOTION TO RENOTE DEFENDANTS' MOTION
TO DISMISS (NO. 2:15 -CV-1416-RAJ) - 3

**STOEL RIVES LLP**
600 University Street, Ste. 3600
Seattle, Washington  98101
(206) 386-7542

LANE POWELL PC

By: /s/ Brian G. Bodine
Brian G. Bodine, WSBA No. 22414
bodineb@lanepowell.com
Adriane M. Scola, WSBA No. 44478
scolaa@lanepowell.com
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107

Anthony G. Simon, #38745 MO
John G. Simon, #35231 MO
Benjamin R. Askew, #58933 MO
Timothy D. Krieger, #57832 MO
Michael P. Kella, #64284 MO
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone:  314.241.2929
Facsimile:  314-241-2029
asimon@simonlawpc.com
jsimon@simonlawpc.com
baskew@simonlawpc.com
tkrieger@simonlawpc.com
mkella@simonlawpc.com

Robert T. Haar, #30044 MO
Colleen O. Zern, #66349 MO
HAAR & WOODS, LLP
1010 Market St., Suite 1620
St. Louis, Missouri 63101
Telephone:  314.241.2224
Facsimile:  314.241.2227
roberthaar@haar-woods.com
czern@haar-woods.com

Counsel for Plaintiff
APPISTRY, INC.

STIPULATED MOTION TO RENOTE DEFENDANTS' MOTION
TO DISMISS (NO. 2:15 -CV-1416-RAJ) -  4

**STOEL RIVES LLP**
600 University Street, Ste. 3600
Seattle, Washington  98101
(206) 386-7542

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2015, I caused true and correct copies of the foregoing to be served via the Court's CM/ECF system upon all counsel of record.

By: /s/ Vanessa S. Power

STIPULATED MOTION TO RENOTE DEFENDANTS' MOTION
TO DISMISS (NO. 2:15 -CV-1416-RAJ) - 5

STOEL RIVES LLP
600 University Street, Ste. 3600
Seattle, Washington  98101
(206) 386-7542